Fill in this information to identify the case:

Debtor 1    Willie R Mickens, Jr

Debtor 2

United States Bankruptcy Court for the   Northern District of Illinois

Case number   12-25109

# Form 4100R
## Response to Notice of Final Cure Payment

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

Name of Creditor:   Ocwen Loan Servicing, LLC as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee for the registered holders of MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC3

Court claim no. (if known):

Last 4 digits of any number you use to identify the debtor's account:   XXXX7505

Property address:   3915 Legner St
                    Number          Street

                    Plano           IL           60545
                    City            State        ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3 Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

☒ Creditor states that the debtor(s) are not current on all post petition payments consistent with 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.   Total postpetition ongoing payments due:                                         (a) $ 12,970.32

| | | | | |
|---|---|---|---|---|
| b. | Total fees, charges, expenses, escrow, and costs outstanding: | + | (b) $ | 0.00 |
| c. | **Total.** Add lines a and b. | | (c) $ | 12,970.32 |

Creditor asserts that the debtor(s) are contractually obligated for the post petition payment(s) that first became due on: 12/01/2012

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X */s/ Caleb J Halberg*
Signature                                                                Date  December 29, 2017

Print  **Caleb         J         Halberg**                               Title  Attorney for Creditor
       First Name   Middle Name   Last Name

Company  **Potestivo & Associates, P.C.**

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   223 W Jackson Blvd., Suite 610
          Number          Street

          Chicago         IL        60606
          City            State     ZIP Code

Contact phone  312-263-0003          Email  chalberg@potestivolaw.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**IN RE:**

    Willie R Mickens, Jr                    Case No. 12-25109
                                                     Chapter 13
                                                     Judge Pamela S. Hollis

               Debtor,

_____/

**AFFIDAVIT OF SERVICE**

     I, Jennifer DeJaeghere, state that on the 29th day of December 2017, I served a copy of the Response to Notice of Final Cure and Proof of Service of same upon:

| | |
|---|---|
| Willie R Mickens, Jr<br>3915 Legner St<br>Plano, IL 60545 | Gary Shilts<br>23 Boulder Hill Pass<br>Montgomery, IL 60538 |
| Glenn Stearns<br>801 Warrenville Road<br>Suite 650<br>Lisle, IL 60532 | Patrick S. Layng<br>Office of the United States Trustee, Region 11<br>219 S. Dearborn St, Room 873<br>Chicago, IL 60604 |

By placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester, State of Michigan to Debtor and via CM-ECF electronic filing to Debtor's Attorney, and the Trustee.

                                                                 */s/ Jennifer DeJaeghere*
                                                                  Jennifer DeJaeghere

| Due date | Due amount | Recd date | Recd amount |
|---|---|---|---|
| 7/1/2012 | $196.52 | | |
| 8/1/2012 | $196.52 | | |
| 9/1/2012 | $196.52 | | |
| 10/1/2012 | $196.52 | | |
| 11/1/2012 | $196.52 | | |
| 12/1/2012 | $196.52 | | |
| 1/1/2013 | $196.52 | | |
| 2/1/2013 | $196.52 | | |
| 3/1/2013 | $196.52 | | |
| 4/1/2013 | $196.52 | | |
| 5/1/2013 | $196.52 | | |
| 6/1/2013 | $196.52 | | |
| 7/1/2013 | $196.52 | | |
| 8/1/2013 | $196.52 | | |
| 9/1/2013 | $196.52 | | |
| 10/1/2013 | $196.52 | | |
| 11/1/2013 | $196.52 | | |
| 12/1/2013 | $196.52 | | |
| 1/1/2014 | $196.52 | | |
| 2/1/2014 | $196.52 | | |
| 3/1/2014 | $196.52 | | |
| 4/1/2014 | $196.52 | | |
| 5/1/2014 | $196.52 | | |
| 6/1/2014 | $196.52 | | |
| 7/1/2014 | $196.52 | | |
| 8/1/2014 | $196.52 | | |
| 9/1/2014 | $196.52 | | |
| 10/1/2014 | $196.52 | | |
| 11/1/2014 | $196.52 | | |
| 12/1/2014 | $196.52 | | |
| 1/1/2015 | $196.52 | | |
| 2/1/2015 | $196.52 | | |
| 3/1/2015 | $196.52 | | |
| 4/1/2015 | $196.52 | | |
| 5/1/2015 | $196.52 | | |
| 6/1/2015 | $196.52 | | |
| 7/1/2015 | $196.52 | | |
| 8/1/2015 | $196.52 | | |
| 9/1/2015 | $196.52 | | |
| 10/1/2015 | $196.52 | | |
| 11/1/2015 | $196.52 | | |
| 12/1/2015 | $196.52 | | |
| 1/1/2016 | $196.52 | | |
| 2/1/2016 | $196.52 | | |
| 3/1/2016 | $196.52 | | |
| 4/1/2016 | $196.52 | | |

| Date | Amount | | |
|---|---|---|---|
| 5/1/2016 | $196.52 | | |
| 6/1/2016 | $196.52 | | |
| 7/1/2016 | $196.52 | | |
| 8/1/2016 | $196.52 | | |
| 9/1/2016 | $196.52 | | |
| 10/1/2016 | $196.52 | | |
| 11/1/2016 | $196.52 | | |
| 12/1/2016 | $196.52 | | |
| 1/1/2017 | $196.52 | | |
| 2/1/2017 | $196.52 | | |
| 3/1/2017 | $196.52 | | |
| 4/1/2017 | $196.52 | | |
| 5/1/2017 | $196.52 | | |
| 6/1/2017 | $196.52 | | |
| 7/1/2017 | $196.52 | | |
| 8/1/2017 | $196.52 | | |
| 9/1/2017 | $196.52 | | |
| 10/1/2017 | $196.52 | | |
| 11/1/2017 | $196.52 | | |
| 12/1/2017 | $196.52 | | |
| **Total due** | **$12,970.32** | **Total paid** | **$0.00** |